UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO ALEXANDRO CODALLO-CAMBERO,<br><br>Petitioner,<br><br>v.<br><br>PAM BONDI, Attorney General; MARKWAYNE MULLIN, Secretary of DHS; TODD LYONS, Director of ICE; CHRISTOPHER LAROSE, Warden of Otay Mesa Detention Center,<br><br>Respondents. | Case No.: 3:26-cv-2559-JES-AHG<br><br>**ORDER:**<br><br>**(1) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION;**<br><br>**(2) GRANTING THE MOTION TO APPOINT COUNSEL;**<br><br>**(3) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR TEMPORARY RESTRAINING ORDER; and**<br><br>**(4) SETTING BRIEFING SCHEDULE**<br>**[ECF Nos. 1, 2, 3]** |

Before the Court is Petitioner Angelo Alexandro Codallo-Cambero's: (1) Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"); (2) Motion for a

1

Temporary Restraining Order ("TRO"); and (3) Motion to Appoint Counsel. ECF Nos. 1-3.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

Based on Petitioner's filings, the Court has identified multiple potential grounds under which he may be entitled to habeas relief. Considering the complexity and potential validity of the constitutional, statutory, and procedural issues presented in this matter, the Court finds that the appointment of representation serve the interests of justice. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). The Court finds further, based on the in affidavit he provided the Court, that Petitioner is financially eligible for appointed counsel. *See Pet.*; *see also* ECF No. 3. Accordingly, the Court hereby **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc., as counsel, effective immediately.

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition and TRO should not be granted by filing a Response no later than 5:00 p.m. on

**Thursday, April 29, 2026**. The Response shall include any documents relevant to the determination of the issues raised in the Petition and TRO and address whether an evidentiary hearing on the Petition and TRO is necessary. Petitioner may file an optional Traverse in support of the Petition, no later than 5:00 p.m. on **Monday, May 4, 2026**. No oral argument will be held unless otherwise ordered.

Finally, the Court provides notice to the parties that it intends to consolidate the Motion for a Temporary Restraining Order with a determination on the merits under Rule 65(a)(2). *See* Fed. R. Civ. P. 65(a)(2); *see also Slidewaters LLC v. Wash. State Dep't of Lab. & Indus.*, 4 F.4th 747, 759 (9th Cir. 2021) (noting the court can invoke Rule 65(a)(2) by giving "clear and unambiguous notice"). In other words, the Court intends to resolve both the Petition and the TRO.

**IT IS SO ORDERED.**

Dated: April 24, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-2559-JES-AHG